1428

## MOTION DOCKET

**90–2332.** State, ex rel. Hadlock, v. Bonanno. In Mandamus. On motion to show cause. Motion granted.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.